# Court of Appeals
# of the State of Georgia

ATLANTA, __January 29, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0193.  CARA WILLIAMS v. THE STATE.**

Cara Williams filed this application for discretionary appeal from the trial court's order denying her motion for an appeal bond.  An order denying a motion for an appeal bond may be appealed directly.  *Wade v. State*, 218 Ga. App. 377, 378 (1) (461 SE2d 314) (1995); see also *Luke v. State*, 282 Ga. App. 749 (639 SE2d 645) (2006).  Accordingly, this application is GRANTED pursuant to OCGA § 5-6-35 (j).  Williams shall have ten days from the date of this order to file a notice of appeal, if she has not already done so.  The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __01/29/2013__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*